**Order entered October 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00830-CV

**KASEY KRUMMEL, Appellant**

**V.**

**LEEZA GABRIELLA VAYNMAN, Appellee**

**On Appeal from the 360th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 360-615418-17**

## ORDER

Before the Court is appellant's October 24, 2017 motion to extend time to file appellant's brief. We **GRANT** the motion to the extent that appellant's brief shall be filed within **THIRTY DAYS** of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE